**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7456

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JIAN-YUN DONG, a/k/a John Dong,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Bruce H. Hendricks, District Judge. (2:11-cr-00511-BHH-1)

Submitted: August 31, 2023                    Decided: September 14, 2023

Before WILKINSON and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jian-Yun Dong, Appellant Pro Se. Cate Cardinale, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jian-Yun Dong appeals the district court's orders denying his motion to release assets, granting the United States' motion to dismiss the forfeiture order as to Dong's personal assets that were restrained and have those assets applied toward restitution, and denying reconsideration.  We have reviewed the record and the district court's orders and affirm.  *United States v. Dong*, No. 2:11-cr-00511-BHH-1 (D.S.C. Sept. 23, 2022; Dec. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*